## MPG VS. R.POD

**MPG**



**R.POD**



| Specifications | MPG | R.POD |
|---|---|---|
| Model | 186 | RP-176 |
| Height | 9'6" w/ A/C | 8'8 " |
| Length | 18 ft. 10 in. | 18 ft. 6 in. |
| Width | 8' | 8' |
| UVW | 2,880 lb. | 2,342 lb. |
| GVWR | 3,800 | 3,740 |
| Cargo Capicity | 920 lb. | 1,398 lb. |
| # of Slides | 1 | 1 |
| | | |
| **Construction Standards** | | |
| Frame | 6" I beam | 6" I beam |
| Fresh Tank | 37 | 36 |
| Gray Tank | 30 | 30 |
| Black Tank | 30 | 30 |
| | | |
| Axles | 3,500 LBS | 3,500 LBS |
| Wheels | ALUMINUM | Aluminum |
| LP Tanks | DUAL 20# | Single 20# |
| | | |
| Floor | LAMINATED | LAMINATED |
| Floor Decking | 7/16" SEEMLESS DECKING | NA |
| Roof | Laminated | Laminated |
| | | |
| Sidewalls | 1" LAM | 1" LAM |
| | | |
| Slide System | ELECTRIC | ELECTRIC |
| | | |
| Water Heater | 6 GALLON | 6 GALLON |
| Tinted Safety Glass | YES | YES |
| Rear Jacks | YES | YES |
| A/C | 11 K BTU Low Profile | Optional |
| Sat / Cable | YES | YES |
| Axle Suspension | Torsion Axle | Torsion Axle |
| Frame | LIPPERT | LIPPERT |
| Cabinet Stiles | WRAPPED | WRAPPED |
| Refer Size | 4.5 CU FT | 4.2 CU FT |
| Night Shades | STD | N/A |
| Countertops | Laminated | LAMINATED |
| Furnance | 20,000 BTU | 20,000 BTU |
| Spare Tire | STD- aluminum rims | STD- steel rims |
| | | |
| Warranty | 1-YEAR B TO B | 1-YEAR B TO B |

| COMPARING COMPARABLE STD. PACKAGE | | |
|---|---|---|
| | MPG | R.POD |
| Base Price: | $10,660.00 | $9,600.00 |
| Forced Packages | $3,000.00 | $2,000.00 |
| Matching Spare Tire | STD. | N/A |
| 4 Exterior Options | STD. | NA |
| Microwave | STD. | $285.00 |
| TV Antenna w/ Booster | STD. | $100.00 |
| CO Detector | STD. | $25.00 |
| A/C 11K BTU | STD. | $650.00 |
| Night Shades | STD. | N/A |
| **Total:** | $13,660.00 | $12,660.00 |
| Standard Discount: | $3,000.00 | $2,000.00 |
| **Total W/Discount:** | $10,660.00 | $10,660.00 |

**MPG Advantage:**

Hi-Gloss gray metallic "platinum" fiberglass exterior
4 Exterior color packages
Fiberglass wet bath
One piece bathroom sink
15" Tires
Black Tank Flush
Night Shades
Dual 20# LP Bottle
Tear drop ABS Fender
Beau Flooring (cold, heat, & mold resistance)
Matching aluminum wheel spare tire
Microwave Standard
11K BTU Low Profile A/C std.

**R.POD Advantage**

Cargo plus netting with detachable organizer

EXHIBIT 2